1  PATRICK T. CONNOR, Bar No. 089136    Note changes made by Court.
   Email Address: pconnor@deconsel.com
2  MARGARET R. GIFFORD, Bar No. 118222
   Email Address: mgifford@deconsel.com
3  members of                            MD-JS6
   DeCARLO, CONNOR & SHANLEY,
4  a Professional Corporation
   533 S. Fremont Avenue, Ninth Floor
5  Los Angeles, California  90071-1706
   Telephone (213) 488-4100
6  Telecopier (213) 488-4180

7  Attorneys for Plaintiffs, CARPENTERS
   SOUTHWEST ADMINISTRATIVE CORPORATION
8  and FLOYD CLAY

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12 CARPENTERS SOUTHWEST          )  CASE NO. CV 07-0385 RNB
   ADMINISTRATIVE                )
13 CORPORATION, a California non-)
   profit corporation; etc.,     )  ORDER RE DISMISSAL WITH
14                               )  PREJUDICE
              Plaintiffs,        )
15                               )
   v.                            )
16                               )
   DONALD A. NELSON, an individual,)
17 doing business as DONALD A.   )
   NELSON, INC.; NELSON INC.,    )  Before the Honorable Robert N. Block
18 doing business as WESTERN     )     United States Magistrate Judge
   WOOD,  a California corporation;)
19 DONALD A. NELSON, INC., a     )
   California corporation; and DOES 1 )
20 through 10, inclusive,        )
                                 )
21           Defendants.         )

22                       **O R D E R**

23      In accordance with the parties' stipulation, IT IS HEREBY ORDERED

24 THAT this action is dismissed with prejudice, pursuant to settlement.

25

26 Dated: January 30, 2008        _____
                                  THE HONORABLE ROBERT N. BLOCK
27                                UNITED STATES MAGISTRATE JUDGE

28

Carpenters v. Donald A. Nelson